ELEANOR KOHLER, PLAINTIFF-RESPONDENT, v.
RICKEL BROTHERS, INC., DEFENDANT-PETITIONER.

*Mr. Theodore T. Tams, Jr.* for the petitioner.

*Messrs O'Brien, Devlin & Shaw* for the respondent.

March 11, 1969. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. KENNETH L. BOND, DEFENDANT-PETITIONER.

*Mr. Kenneth L. Bond in propria persona.*

*Mr. Joseph P. Lordi* and *Mr. Donald S. Coburn* for the respondent.

March 11, 1969. Denied.

THOMAS F. SHEBELL, PLAINTIFF-RESPONDENT, v. JUNE
STRELECKI, DIRECTOR, *ETC.*, *ET AL.*, DEFENDANTS-
RESPONDENTS AND MANUEL J. RAHTJEN, DEFEND-
ANT-PETITIONER.

*Mr. Philip G. Becker* for the petitioner.

*Messrs. Mandel, Wysoker, Sherman, Glassner, Weingartner & Feingold, Mr. Ronald S. Levitt, Mr. Arthur J. Sills, Mr. Stephen Skillman* and *Mr. Thaddeus C. Raczkowski* for the respondent.

March 11, 1969. Denied.